IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 3 0 2007
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

JAN F. BECKER, )
)
Petitioner, )
)
v. ) Case No. CIV 07-369-RAW-KEW
)
STUART HUDSON, Warden, et al., )
)
Respondents. )

## OPINION AND ORDER

This matter is before the court on petitioner's petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. Petitioner, an inmate currently incarcerated at Mansfield Correctional Institution in Mansfield, Ohio, has filed an almost incomprehensible petition, claiming he is being illegally confined for political reasons. Construing the petition liberally, *Haines v. Kerner*, 404 U.S. 519 (1972), the court finds he is challenging his 2001 Ohio state conviction for gross sexual imposition, felonious sexual penetration, and rape. *See Becker v. Bradshaw*, No. 04-3816, slip op. at 1 (6th Cir. Dec. 6, 2005) (Order affirming denial of § 2254 habeas corpus petition) [Docket #1 at 7].

The record shows that petitioner was convicted and sentenced in the Holmes County, Ohio, Common Pleas Court. *See State v. Becker*, No. 01-CA-006, 2001 WL 1744472 (Ohio Ct. App. Dec. 20, 2001), which is located within the territorial jurisdiction of the United States District Court for the Northern District of Ohio. Petitioner is incarcerated in that same district. Therefore, this court lacks jurisdiction over his habeas corpus petition. *See* 28 U.S.C. § 2241(d).

**ACCORDINGLY,** petitioner's petition for a writ of habeas corpus is DISMISSED in its entirety, pursuant to 28 U.S.C. 2241(d).

**IT IS SO ORDERED** this ___30___ day of ___Nov___ 2007.

*/s/ Ronald A. White*
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**