AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Jan F. Becker

V.

Stuart Hudson

**JUDGMENT IN A CIVIL CASE**

Case Number: CIV-07-369-RAW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is DISMISSED in its entirety pursuant to 28 U.S.C. 2241(d).

11/30/07
Date

WILLIAM B. GUTHRIE
Clerk

s/ A Green
(By) Deputy Clerk